IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALEECE REINECKE, :

      Plaintiff,

v. : Case No. 3:19-cv-103

ANDREW SAUL, Commissioner : JUDGE WALTER H. RICE
of Social Security,

      Defendant. :

---

DECISION AND ENTRY SUSTAINING DEFENDANT'S UNOPPOSED
MOTION FOR AN EXTENSION OF TIME (DOC. #12); OBJECTIONS
TO REPORT AND RECOMMENDATIONS (DOC. #11) TO BE FILED
WITHIN 10 CALENDAR DAYS

---

     For good cause shown, the Court SUSTAINS Defendant's Unopposed Motion for an Extension of Time, Doc. #12, to file Objections to the Report and Recommendations, Doc. #11. Defendant initially requested an extension until June 1, 2020, but that date has already passed.  Accordingly, said Objections, if any, shall be filed within 10 calendar days of the date of this Decision and Entry.


Date: June 22, 2020            *Walter H. Rice* (tp - per Judge Rice authorization after his review)

                                                WALTER H. RICE
                                                UNITED STATES DISTRICT JUDGE