IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALEECE REINICKE, :

    Plaintiff,

v. :    Case No. 3:19-cv-103

COMMISSIONER OF THE
SOCIAL SECURITY
ADMINISTRATION, :

    Defendant.

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #11);
VACATING COMMISSIONER'S NON-DISABILITY FINDING;
REMANDING TO SOCIAL SECURITY ADMINISTRATION UNDER
SENTENCE FOUR OF 42 U.S.C. § 405(g); JUDGMENT TO ENTER IN
FAVOR OF PLAINTIFF AND AGAINST DEFENDANT; TERMINATION
ENTRY

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Sharon L. Ovington in her Report and Recommendations, Doc. #11, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Although the parties were given notice of their right to file Objections to the Report and Recommendations, as of the consequences of failing to do so, and although Defendant requested and was granted an extension of time to file Objections, no Objections were filed within the time allotted.

The Court VACATES the Commissioner's non-disability finding, but makes no finding as to whether Plaintiff was under a "disability" within the meaning of the Social Security Act.  The Court REMANDS this case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the Report and Recommendations.

Judgment shall be entered in favor of Plaintiff and against Defendant.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.


Date: July 6, 2020

_Walter H. Rice_  (tp - per Judge Rice authorization after his review)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE